FOR PUBLICATION

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| GERARDO VAZQUEZ; GLORIA ROMAN; JUAN AGUILAR, on behalf of themselves and all other similarly situated, <br><br> *Plaintiffs-Appellants*, <br><br> v. <br><br> JAN-PRO FRANCHISING INTERNATIONAL, INC., <br> *Defendant-Appellee.* | No. 17-16096 <br><br> D.C. No. 3:16-cv-05961-WHA <br><br><br> ORDER |

Filed July 22, 2019

Before: Ronald M. Gould and Marsha S. Berzon, Circuit Judges, and Frederic Block, District Judge.**\***

Order

---

**\*** The Honorable Frederic Block, United States District Judge for the Eastern District of New York, sitting by designation.

**ORDER**

Defendant-Appellee's Petition for Panel Rehearing (Dkt. 93) is **GRANTED**.

The opinion in the above-captioned matter filed on May 2, 2019, and published at 923 F.3d 575, is **WITHDRAWN**. A revised disposition and an order certifying to the California Supreme Court the question of whether *Dynamex Ops. W. Inc. v. Superior Court*, 416 P.3d 1 (Cal. 2018), applies retroactively will be filed in due course.